IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORKS, INC.,<br><br>            Defendant. | Case No. 1:24-cv-01935-JPB<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1 AND L.R. 3.3**

Plaintiff FLEET CONNECT SOLUTIONS LLC ("Fleet Connect") discloses the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 3.3:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any Parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Plaintiff: Fleet Connect is a limited liability company formed under the laws of Texas with a registered office address located in Austin, Texas. No parent corporation or publicly held corporation owns 10% or more of stock of Plaintiff Fleet Connect Solutions LLC.

- <u>Defendant</u>: Based on public information, Defendant JUNIPER NETWORKS, INC. is a corporation organized under the laws of the State of Delaware.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

- <u>Plaintiff</u>: None.

- <u>Defendant</u>: Unknown.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

- <u>Plaintiff</u>:

  James F. McDonough, III (GA 117088)
  Jonathan R. Miller (GA 507179)
  **ROZIER HARDT MCDONOUGH PLLC**
  659 Auburn Avenue, Unit 254
  Atlanta, Georgia 30339
  Telephone: (404) 564-1866, -1863
  Email: jim@rhmtrial.com
  Email: miller@rhmtrial.com

- <u>Defendant</u>: Unknown.

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1 AND L.R. 3.3 (N.D. Ga. No. 1:24-cv-01935-JPB)

Page | 2

Dated: May 3, 2024    Respectfully submitted,

By: */s/ James F. McDonough, III*

James F. McDonough, III (GA 117088)
Jonathan R. Miller (GA 507179)
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866, -1863
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com

*Attorneys for Plaintiff FLEET CONNECT SOLUTIONS LLC*

\* Admitted to the Northern District of Georgia

### LOCAL RULE 7.1(D) CERTIFICATION

I hereby certify, pursuant to L.R. 7.1(D), NDGa., that the foregoing complies with the font and point selections approved by the Court in L.R. 5.1(C), NDGa.. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

*/s/ James F. McDonough, III*
James F. McDonough, III

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PRO. 7.1 AND L.R. 3.3 (N.D. Ga. No. 1:24-cv-01935-JPB)

Page | 3